# United States Bankruptcy Court
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JAMES H. MYERS                                      Case Number: 05-73391
        211 LINCOLN PARK BLVD.           SSN-xxx-xx-0316
        ROCKFORD, IL  61102

                                                    Case filed on:        7/6/2005
                                                    Plan Confirmed on:    9/30/2005
                        C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $43,142.06          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BRIAN A. HART | 2,450.00 | 2,450.00 | 2,450.00 | 0.00 |
|  | Total Legal | 2,450.00 | 2,450.00 | 2,450.00 | 0.00 |
|  |  |  |  |  |  |
| 003 | ATTORNEY TERRY HOSS & | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CARD PROCESSING/SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MAJOR FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | WELLS FARGO FINANCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | JAMES H. MYERS | 0.00 | 0.00 | 576.92 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 576.92 | 0.00 |
|  |  |  |  |  |  |
| 001 | DRIVE FINANCIAL SERVICES | 10,000.00 | 10,000.00 | 10,000.00 | 571.79 |
|  | Total Secured | 10,000.00 | 10,000.00 | 10,000.00 | 571.79 |
|  |  |  |  |  |  |
| 001 | DRIVE FINANCIAL SERVICES | 3,297.72 | 3,297.72 | 2,359.95 | 0.00 |
| 002 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BLOCKBUSTER VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HARLEM SCHOOL DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 11,897.58 | 11,897.58 | 8,514.25 | 0.00 |
| 010 | IDES BENEFIT PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | KISHWAUKEE AUTO CORRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MAJR FINANCIAL | 3,500.00 | 0.00 | 0.00 | 0.00 |
| 015 | META TURNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS | 564.87 | 564.87 | 404.24 | 0.00 |
| 017 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ATTORNEY TERRY HOSS & | 507.40 | 507.40 | 363.11 | 0.00 |
| 021 | ROCKFORD GASTROENTEROLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LVNV FUNDING LLC | 15,148.16 | 15,148.16 | 10,840.47 | 0.00 |
| 027 | FREEDMAN ANSELMO LINDBERG & RAPPE LLC | 6,184.91 | 6,184.91 | 4,426.10 | 0.00 |
|  | Total Unsecured | 41,100.64 | 37,600.64 | 26,908.12 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 53,550.64 | 50,050.64 | 39,935.04 | 571.79 |

Total Paid Claimant:        $40,506.83
Trustee Allowance:          $2,635.23          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        71.56           discharging the trustee and the trustee's surety from any and all
                                               liablility on account of the within proceedings, and closing the estate,
                                               and for such other relief as is just.  Pursuant to FRBP, I hereby
                                               certify that the subject case has been fully administered.

        Report Dated:

                                               _/s/ Lydia S. Meyer_____
                                               Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 05/14/2008                    By  /s/Heather M. Fagan